IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD FULLARD,            )
                             )
        Plaintiff,            )
                             )
    v.                        )        1:18CV258
                             )
FRANK PERRY, et al.,          )
                             )
        Defendant(s).         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 4, 2018, was served on the parties in this action. (ECF Nos. 8, 9). Plaintiff objected to the Recommendation. (ECF No. 14).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

Plaintiff has filed several other documents: (1) an affidavit; (2) a motion for leave to proceed *in forma pauperis*; (3) a motion for appointment of counsel; and (4) a motion entitled "Motion for Action Remedy 'Injuries Take Place in Multiple Judicial Districts' Stays Action for Judicial Review." (ECF Nos. 10, 13.) In light of the recommendation for dismissal, the Court will deny Plaintiff's pending motions.

IT IS THEREFORE ORDERED that this action be dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may

be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.

IT IS FURTHER ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis,* (ECF No. 11), motion for appointment of counsel, (ECF No. 12), and motion entitled "Motion for Action Remedy 'Injuries Take Place in Multiple Judicial Districts' Stays Action for Judicial Review" (ECF No. 13), are DENIED. A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 19th day of April, 2018.

/s/ Loretta C. Biggs
United States District Judge